UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>SABBEEN, et al.,<br><br>    Defendants. | Case No. 24-cv-02379-JSW<br><br>**ORDER DENYING LEAVE TO FILE AMENDED COMPLAINT OR RECONSIDERATION** |

Plaintiff, proceeding pro se, filed this civil rights case under 42 U.S.C. § 1983 against doctors at Napa State Hospital ("NSH"), where he has been involuntarily committed. This case was dismissed for failure to state a cognizable claim for relief, and leave to amend was not granted. Plaintiff nevertheless filed an amended complaint. The Court construes the amended complaint to include a request for leave to file an amended complaint and a request for reconsideration of the dismissal order's not granting leave to amend.

The amended complaint does not change the Court's conclusion that leave to amend should not be granted. In his amended complaint, Plaintiff claims Defendant's continuing his medication despite adverse side effects constitutes "medical malpractice" and "negligence." (ECF No. 6 at 4.) A claim of medical malpractice or negligence is insufficient to make out a violation of the Eighth Amendment. *See Toguchi v. Chung*, 391 F.3d 1051, 1060 (9th Cir. 2004). The allegations in the amended complaint and the original complaint indicate a disagreement between him and medical professionals over the proper course of medical care and, at most, a claim of negligence and medical malpractice. Such claims do not amount to constitutional violations or constitute cognizable grounds for relief under Section 1983.[1] Insofar as it continues to assert non-

---

[1] As these are claims based upon state law, Plaintiff may be able to pursue them in state court.

cognizable claims for relief, the amended complaint only reaffirms that any amendment would be futile and leave to amend should not be granted.

To the extent Plaintiff seeks leave to amend or reconsideration of the dismissal of his case without leave to amend, such a request is DENIED.

**IT IS SO ORDERED.**

Dated: September 4, 2024

_____
JEFFREY S. WHITE
United States District Judge